UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALVIN  VAZQUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 1:12-cv-00139-TWP-DML |
| ELI LILLY AND COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Having this day granted summary judgment in favor of Defendant, Eli Lilly and

Company, the Court hereby enters JUDGMENT in favor of Defendant and against the Plaintiff.

Plaintiff shall take nothing by way of his complaint.

SO ORDERED.


        09/24/2013
    Dated: _____


Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Kimberly J. Bacon
BACON & LANE, LLC
suite800law@att.net

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP - Indianapolis
ellen.boshkoff@faegrebd.com

Rozlyn M. Fulgoni-Britton
FAEGRE BAKER DANIELS LLP - Indianapolis
rozlyn.fulgoni-britton@faegrebd.com

Susan W. Kline
FAEGRE BAKER DANIELS LLP - Indianapolis
swkline@faegrebd.com

Norman Lamont Reed
THE LAW OFFICE OF KIMBERLY J. BACON
reedsmithlaw@aol.com